Eastern District of Kentucky
FILED

NOV 15 2024

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND
CIVIL ACTION NO. 0:23-CV-28-DLB-EBA

TIMOTHY GOLLIHUE and                                                    PLAINTIFFS
PAMELA GOLLIHUE,

V.                          **<u>AGREED ORDER OF DISMISSAL</u>**

UNITED STATES OF AMERICA,                                              DEFENDANT

* * * * * * * * *

The parties, Plaintiffs Timothy and Pamela Gollihue and Defendant United States of America, having executed a Settlement Agreement and Release of All Claims pursuant to 28 U.S.C. § 2677, resolving all issues raised in the instant civil action, and expressing their consent to the entry of this Agreed Order of Dismissal:

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is dismissed in its entirety with prejudice and is stricken from the docket, with each party to bear its own costs, expenses, and attorney fees.

We hereby consent to the form and entry of this Agreed Order of Dismissal.

*15 Nov. 24*

Signed By:
*David L. Bunning*
United States District Judge

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

BY:     */s/ Elizabeth Davis Stone*
        Elizabeth Davis Stone
        Callie R. Owen
        Assistant United States Attorneys
        260 West Vine St., Ste 300
        Lexington, Kentucky 40507-1612
        859-685-4923
        Elizabeth.Stone@usdoj.gov
        Callie.Owen@usdoj.gov
        *Counsel for Defendant*

        */s/ Robert W. Miller (w/ permission)*
        Robert W. Miller
        P.O. Box 357
        Grayson, KY 41143
        606-474-7827
        thelaw@robertwmillerky.com
        *Counsel for Plaintiffs*

2